AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Minny Frank

_Plaintiff_

v.

County of Humboldt, County of Humboldt Department of Health and Human Services, James Bragg, Christy Reihm, Katherine Young, Keri Schrock, et al

_Defendant_

Civil Action No.

**C13-0089** MMC

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ County of Humboldt, County of Humboldt Department of Health and Human Services, James Bragg, Christy Reihm, Katherine Young, Keri Schrock, Jeri Scardini, Asha George, David Williams, Jennifer Williams, BHC Sierra Vista Hospital, Paul Hippolite, Chris Starets-Foote, Donna Wheeler, Angela Monson, Shelley Nilsen, Does 1-50, inclusive.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Minny Frank
61535 S. Hwy 97 #236
Bend, Oregon 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN - 8 2013

CYNTHIA LENAHAN

_Signature of Clerk or Deputy Clerk_