United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MINNY FRANK,                              No. C 13-0089 MMC

12              Plaintiff,                     **ORDER GRANTING PLAINTIFF'S**
        v.                                     **MOTION FOR PERMISSION TO FILE**
13                                             **ELECTRONICALLY**
     COUNTY OF HUMBOLDT, et al.,

14              Defendants

15   _____/

16

17          Before the Court is plaintiff Minny Frank's "Motion for Permission for Electronic Case

18   Filing," filed January 8, 2013, by which plaintiff requests leave to file documents in the

19   above-titled action electronically.

20          Good cause appearing, plaintiff's request is hereby GRANTED, on condition that

21   plaintiff first register as an Electronic Case Filing User on the court's website.  Specifically,

22   plaintiff must follow the registration procedure set forth on the court's website at

23   https://ecf.cand.uscourts.gov/cand/newreg/index.html.  Once plaintiff completes the

24   registration procedure and receives an e-filing password from the ECF Help Desk, plaintiff

25   shall electronically file a notice stating she has received her e-filing password.  If such

26   notice is filed, the Court will assign the case to the Electronic Case Filing Program,

27   pursuant to General Order No. 45.  Other than the notice referred to above, all documents

28   shall be filed on paper unless and until the Court assigns the above-titled case to the

1   Electronic Case Filing Program

2        **IT IS SO ORDERED.**

3

4   Dated:  January 9, 2013                      _____
                                                 MAXINE M. CHESNEY
5                                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28