AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| MINNY FRANK, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Civil Action No. C-13-0089-MMC |
| COUNTY OF HUMBOLDT, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: __Plaintiff Minny Frank, In Pro Per__
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __01/30/2013__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: __01/30/2013__                                     __/s/ Nancy K. Delaney__
                                                                                                   *Signature of the attorney or unrepresented party*

__County Defendants   (SEE ATTACHED)__                    Nancy K. Delaney
*Printed name of party waiving service of summons*                    *Printed name*
                                                                                                                                814 Seventh Street
                                                                                                                               Eureka, CA  95501
                                                                                                                                *Address*

                                                                                   ndelaney@mitchelllawfirm.com
                                                                                                            *E-mail address*

                                                                                             (707) 443-5643
                                                                                               *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## List of County Defendants

County of Humboldt
County of Humboldt Department of Health and Human Services
James Bragg
Christy Reihm
Katherine Young
Keri Schrock
Jeri Scardini
Asha George
Chris Starets-Foote
Donna Wheeler
Angela Monson
Shelley Nilsen

CLIFFORD B. MITCHELL (1927-2010)
PAUL A. BRISSO
NANCY K. DELANEY
JOHN M. VRIEZE
WILLIAM F. MITCHELL
RUSSELL S. GANS
NICHOLAS R. KLOEPPEL
* * * * *
JAY M. HARRIS, Associate
VICTOR M. FERRO, Of Counsel

# MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

ATTORNEYS AT LAW
814 SEVENTH STREET
EUREKA, CALIFORNIA 95501-1114

www.mitchelllawfirm.com

TELEPHONE (707) 443-5643
FACSIMILE  (707) 444-9586
E-MAIL general@mitchelllawfirm.com

P.O. DRAWER 1008
EUREKA, CA 95502
* * * * *
EMERY F. MITCHELL (1896 - 1991)
WALTER J. CARTER (1949 – 1993)
R.C. DEDEKAM (1929 – 2011)

January 30, 2013

Minny Frank
61535 S. Highway 97 #236
Bend, Oregon  97701

Re:   **Frank v. County of Humboldt, et al.**
      Our File:  13-12

Dear Ms. Frank:

This will confirm our telephone conversation wherein I indicated that this office will be representing the County of Humboldt and its employees in the action that you have filed, that the County of Humboldt will waive service and it was agreed that the initial pleading due on behalf of all individual County employee defendants will be the same as the County, that is, in 60 days, **April 1, 2013**.

Very truly yours,

MITCHELL, BRISSO, DELANEY & VRIEZE

Nancy K. Delaney

NKD/kr
cc:   Minny Frank, 1803 Buttermilk Lane, Arcata, CA  95521