IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>        Plaintiff,<br>  v.<br><br>COUNTY OF HUMBOLDT, et al.,<br><br>        Defendants<br>_____/ | No. C 13-0089 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS FOR PERMISSION TO FILE ELECTRONICALLY** |

      Before the Court are defendants David Williams and Jennifer Williams' (collectively, "the Williams") respective "Motion[s] for Permission for Electronic Filing," both filed February 1, 2013, by which the Williams request leave to file documents in the above-titled action electronically.

      Good cause appearing, the Williams' requests are hereby GRANTED, on condition that each said defendant first register as an Electronic Case Filing User on the court's website. Specifically, the Williams must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once the Williams complete the registration procedure and receive e-filing passwords from the ECF Help Desk, the Williams shall electronically file notices stating they have received their e-filing passwords. If such notices are filed, the Court will assign the case to the Electronic Case Filing Program, pursuant to General Order No. 45. Other than the notices referred to

above, all documents shall be filed on paper unless and until the Court assigns the above-titled case to the Electronic Case Filing Program

**IT IS SO ORDERED.**

Dated:  February 5, 2013

_____
MAXINE M. CHESNEY
United States District Judge