United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>    Plaintiff,<br>  v.<br><br>COUNTY OF HUMBOLDT, et al.,<br><br>    Defendants<br>_____/ | No. C 13-0089 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE OPPOSITION ON DEFENDANTS; CONTINUING HEARING** |

Before the Court is defendants David Williams and Jennifer Williams' (collectively, "the Williams") motion, filed February 1, 2013, to dismiss plaintiff's complaint. On February 11, 2013 plaintiff, acting pro se, filed opposition, but did not serve a copy of her opposition on the Williams.[1] Unless and until the Williams appear electronically, all parties must serve all filed documents on the Williams by mail.

Accordingly, plaintiff is hereby DIRECTED to serve her opposition to the motion to dismiss on the Williams by mail posted no later than March 22, 2013, and to file, on that same date, proof of said service.

The Williams shall file and serve on plaintiff, no later than April 5, 2013, any reply.

In light of the above, the hearing on the Williams' motion is continued from March 22,

---

[1] Although the Williams earlier requested leave to file and receive documents through the court's electronic filing system, and the Court granted that request, the Williams have not electronically filed notices stating they have received their e-filing passwords.

2013 to April 19, 2013.

**IT IS SO ORDERED.**

Dated: March 15, 2013

_____
MAXINE M. CHESNEY
United States District Judge