IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>      Plaintiff,<br>  v.<br><br>COUNTY OF HUMBOLDT, et al.,<br><br>      Defendants<br>_____/ | No. C 13-0089 MMC<br><br>**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

On February 1, 2013, defendants David Williams and Jennifer Williams filed a motion to dismiss plaintiff's complaint.  On March 22, 2013, defendants BHC Sierra Vista Hospital and Paul Hyppolite filed a motion to dismiss plaintiff's complaint.  On April 2, 2013, the remaining defendants filed a motion to dismiss plaintiff's complaint.  Each of said motions has been noticed for hearing on a different date.  In the interests of judicial economy, the hearing on each said motion is hereby CONTINUED to May 17, 2013.  Further, in light of the pending motions, the Case Management Conference currently scheduled for April 12, 2013 is hereby CONTINUED to July 19, 2013.

      **IT IS SO ORDERED.**

Dated: April 3, 2013


MAXINE M. CHESNEY
United States District Judge