Jennifer Williams
3021 Sheridan Street
Las Vegas, NV 89102
(702) 397-2938
In Pro Per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br>    Plaintiff<br><br>    v.<br><br>COUNTY OF HUMBOLDT, et al,<br>    Defendants<br>------------------------------------------------------------- | CASE NO.:  C-13-00089 MMC<br><br>**ORDER DENYING AS MOOT ADMINISTRATIVE MOTION FOR TELEPHONIC SERVICES**<br><br>Judge: Maxine M. Chesney<br>Date of Conference: April 12, 2013<br>Time: 10:30 a.m.<br>Courtroom: 7 |

As a defendant in the above captioned matter, I respectfully ask the court to allow the Initial Case Management Conference to be held telephonically for the following reasons:

1. It will be a financial strain on our family to travel to California from Nevada for this conference and then again the following week, April 19, 2013, for the motion hearing.

2. The ADR Telephone Conference which I am to attend is scheduled for Thursday April 11, 2013.  This will be difficult to attend as we will be traveling to California in order to get there in time for the Case Management Conference the following morning.

3. Both I and my husband, Defendant David Williams (David), will have to be away for this Conference and again for the Motion Hearing which causes 2 consecutive disturbances within a 1 week period in the lives and schooling of the four children in our home as they will have to stay at alternative homes while we are away.

-1-

4.  Our home and family relies upon both mine and David's full time income. We will miss a considerable amount of time from work if we have to travel to California for both hearings.

DATED: April 3, 2013                    /s/ Jennifer Williams
                                        Jennifer Williams, Pro Per
                                        3021 Sheridan Street
                                        Las Vegas, NV 89102
                                        702-397-2938

DENIED*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Dated: April 4, 2013

\* The motion is denied as moot, the April 12, 2013 Case Management Conference having been continued to July 17, 2013.

-2-