**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9            IN THE UNITED STATES DISTRICT COURT
10
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
     MINNY FRANK,                              No. C 13-0089 MMC
13
                  Plaintiff,                   **ORDER GRANTING PLAINTIFF'S**
14        v.                                   **MOTION TO AMEND; DENYING**
                                               **DEFENDANTS' REQUEST**
15   COUNTY OF HUMBOLDT, et al.,
16                Defendants
17   _____/
18
          Before the Court is plaintiff's motion, filed April 28, 2013, for leave to file an
19
     amended complaint.  On May 17, 2013, the County defendants[1] filed a notice of non-
20
     opposition in which they additionally request leave to file "a motion for summary judgment
21
     . . . as the initial pleading."  No other party has responded to plaintiff's motion.[2]  Having
22
     read and considered the papers submitted in support of and in response to the motion, the
23
     Court deems the matter suitable for decision thereon, vacates the hearing set for June 14,
24
25
          [1] The "County defendants" are the County of Humboldt, the Department of Health
26   and Human Services, James Bragg, Christy Reihm, Katherine Young, Keri Schrock, Jery
     Scardini, Asha George, Chris Starets-foote, Donna Wheeler, Angela Monson and Shelley
27   Nilsen.
28        [2] By order filed May 3, 2013, the Court set a deadline of May 17, 2013 for
     defendants to file any response to plaintiff's motion.

1   2013, and rules as follows.

2       Good cause appearing, plaintiff's motion is hereby GRANTED.  Plaintiff shall file her

3   amended complaint no later than May 24, 2013.

4       The County defendants' request is hereby DENIED, without, of course, prejudice to

5   their filing a motion for summary judgment once the pleadings have been settled.

6       **IT IS SO ORDERED.**

7

8   Dated:  May 22, 2013

9                                                MAXINE M. CHESNEY
                                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2