IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>        Plaintiff,<br>  v.<br><br>COUNTY OF HUMBOLDT, et al.,<br><br>        Defendants<br>_____/ | No. C 13-0089 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND; DENYING DEFENDANTS' REQUEST** |

Before the Court is plaintiff's motion, filed April 28, 2013, for leave to file an amended complaint. On May 17, 2013, the County defendants[1] filed a notice of non-opposition in which they additionally request leave to file "a motion for summary judgment . . . as the initial pleading." No other party has responded to plaintiff's motion.[2] Having read and considered the papers submitted in support of and in response to the motion, the Court deems the matter suitable for decision thereon, vacates the hearing set for June 14,

---

[1] The "County defendants" are the County of Humboldt, the Department of Health and Human Services, James Bragg, Christy Reihm, Katherine Young, Keri Schrock, Jery Scardini, Asha George, Chris Starets-foote, Donna Wheeler, Angela Monson and Shelley Nilsen.

[2] By order filed May 3, 2013, the Court set a deadline of May 17, 2013 for defendants to file any response to plaintiff's motion.

2013, and rules as follows.

Good cause appearing, plaintiff's motion is hereby GRANTED. Plaintiff shall file her amended complaint no later than May 24, 2013.

The County defendants' request is hereby DENIED, without, of course, prejudice to their filing a motion for summary judgment once the pleadings have been settled.

**IT IS SO ORDERED.**

Dated: May 22, 2013

_____
MAXINE M. CHESNEY
United States District Judge