IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>        Plaintiff,<br>  v.<br><br>COUNTY OF HUMBOLDT, et al.,<br><br>        Defendants | No. C 13-0089 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS** |

Before the Court are three motions to dismiss filed, respectively, on February 1, 2013, March 22, 2013, and April 2, 2013, by defendants (1) David Williams and Jennifer Williams, (2) BHC Sierra Vista Hospital ("SVH") and Paul Hyppolite ("Hyppolite"), and (3) the County defendants.[1] On May 22, 2013 plaintiff Minny Frank, with leave of court, filed an amended complaint, which "amended pleading supersedes the original." See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989).

Accordingly, the Court hereby DENIES as moot each of the above-referenced motions, and VACATES the June 14, 2013 hearing thereon.

**IT IS SO ORDERED.**

Dated: May 22, 2013

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] The "County defendants" are the County of Humboldt, the Department of Health and Human Services, James Bragg, Christy Reihm, Katherine Young, Keri Schrock, Jery Scardini, Asha George, Chris Starets-foote, Donna Wheeler, Angela Monson and Shelley Nilsen.