IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>　　　　Plaintiff,<br>　v.<br>COUNTY OF HUMBOLDT, et al.,<br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　／ | No. C 13-0089 MMC<br><br>**ORDER DIRECTING DEFENDANTS DAVID WILLIAMS AND JENNIFER WILLIAMS TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　　　On June 12, 2013, defendant Jennifer Williams electronically filed her answer to plaintiff's amended complaint. On June 13, 2013, defendant David Williams electronically filed his answer to plaintiff's amended complaint. David Williams and Jennifer Williams ("defendants") have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to,

striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  June 19, 2013

                                  MAXINE M. CHESNEY
                                  United States District Judge