IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF HUMBOLDT, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-0089 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DISCOVERY DISPUTE LETTERS AND ACCOMPANYING MOTIONS** |

　　　The Court is in receipt of various filings on behalf of the respective parties concerning a dispute about the appropriate location of depositions currently scheduled to commence on October 10, 2013, specifically: (1) plaintiff's Discovery Dispute letter; (2) defendants' Request to Remove said letter from the Court's docket; (3) plaintiff's Opposition to such request; and (4) defendants' Discovery Dispute letter, all filed September 26, 2013.[1]

　　　Pursuant to Civil Local Rule 72-1, the above-referenced documents, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

---

[1] Plaintiff failed to provide the Court with chambers copies of her letter and opposition. For future reference, plaintiff is reminded that, pursuant to Civil Local Rule 5-1(e)(7) and the Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.

The Magistrate Judge to whom the matter is assigned will advise the parties as to how that Magistrate Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

**IT IS SO ORDERED**.

Dated: October 2, 2013

MAXINE M. CHESNEY
United States District Judge