MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK, | CASE NO.: C-13-0089 MMC |
| Plaintiff, | ORDER OF DISMISSAL OF COUNTY DEFENDANTS DONNA WHEELER, ANGELA MONSON, SHELLEY NILSEN, ASHA GEORGE, CHRIS STARETS-FOOTE AND JERI SCARDINI |
| vs. | |
| COUNTY OF HUMBOLDT, COUNTY OF HUMBOLDT DEPARTMENT OF HEALTH AND HUMAN SERVICES, JAMES BRAGG, CHRISTY REIHM, KATHERINE YOUNG, KERI SCHROCK, JERY SCARDINI, ASHA GEORGE, DAVID WILLIAMS, JENNIFER WILLIAMS, BHC SIERRA VISTA HOSPITAL, PAUL HYPPOLITE, CHRIS STARETS-FOOTE, DONNA WHEELER, ANGELA MONSON, SHELLEY NILSEN, individually and in their official capacities; DOES 1-50, inclusive, | |
| Defendants. | |

1

ORDER OF DISMISSAL OF COUNTY DEFENDANTS DONNA WHEELER, ANGELA MONSON, SHELLEY NILSEN, ASHA GEORGE, CHRIS STARETS-FOOTE AND JERI SCARDINI

1  Good cause appearing therefore, based upon the stipulation of the parties hereto through counsel,

IT IS HEREBY ORDERED that County defendants DONNA WHEELER, ANGELA MONSON, SHELLEY NILSEN, ASHA GEORGE, CHRIS STARETS-FOOTE and JERI SCARDINI, are dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

DATED:  January 7, 2014

_____
HONORABLE MAXINE M. CHESNEY
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

ORDER OF DISMISSAL OF COUNTY DEFENDANTS DONNA WHEELER, ANGELA MONSON, SHELLEY NILSEN, ASHA GEORGE, CHRIS STARETS-FOOTE AND JERI SCARDINI