IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>　　　　　Plaintiff,<br>　v.<br>COUNTY OF HUMBOLDT, et al.,<br>　　　　　Defendants. | No. C 13-0089 MMC<br><br>**ORDER VACATING MARCH 7, 2014 HEARING ON PLAINTIFF'S MOTION TO ADD PARTY** |

　　　Before the Court is plaintiff's "Motion to Add a Party", filed January 10, 2014. Defendants County of Humboldt, County of Humboldt Department of Health and Human Services, James Bragg, Christy Reihm, Katherine Young and Keri Schrock have filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for determination on the parties' respective written submissions and hereby VACATES the hearing scheduled for March 7, 2014.

　　　**IT IS SO ORDERED.**

Dated: March 5, 2014

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge