GENESE K. DOPSON (SBN 108333)
Email: Genese.Dopson@WilsonElser.com
LENORE C. KELLY (SBN 170891)
Email: Lenore.Kelly@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
BHC SIERRA VISTA HOSPITAL and
PAUL HYPPOLITE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF HUMBOLDT, COUNTY OF HUMBOLDT DEPARTMENT OF HEALTH AND HUMAN SERVICES, JAMES BRAGG, CHRISTY REIHM, KATHERINE YOUNG, KERI SCHROCK, DAVID WILLIAMS, JENNIFER WILLIAMS, BHC SIERRA VISTA HOSPITAL, INC., PAUL HYPPOLITE, ROXANNE HALZCAK, ABDUL QADIR, M.D., individually and in their official capacities; DOES 2-50, inclusive, <br><br> Defendants. | Case No.: C13-00089 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER RE: IDENTIFICATION, NON USE AND RETURN AND/OR CONFIRMED DESTRUCTION OF DOCUMENTS SUBJECT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ("HIPAA") PROTECTIONS AND PRIVILEGED UNDER CALIFORNIA EVIDENCE CODE SECTION 1157 AND EXHIBIT A** <br><br> Judge: Maxine M. Chesney <br> Referred: Magistrate Judge Elizabeth D. LaPorte <br><br> Action Filed: January 8, 2013 <br> Trial Date: October 6, 2014 |

WHEREAS, certain information that has been inadvertently disclosed during discovery in this action constitutes privileged private information or information of a sensitive nature that is not generally known or readily accessible to the general public and that may cause harm to one or more of the parties if such information is disclosed to the general public; and

WHEREAS, all parties to the action except for Plaintiff Minny Frank, have agreed to return or destroy said sensitive information.

WHEREAS, on June 4, 2014, a Motion to Compel Plaintiff to return or to destroy said sensitive information is set for hearing.

WHEREAS, Plaintiff Minny Frank has agreed to enter into this Stipulation and [Proposed Order] in lieu of said court hearing.

The Parties, Plaintiff Minny Frank on her own behalf and Defendants BHC Sierra Vista Hospital and Paul Hippolite by and through their counsel of record, enter into this Stipulation.

## 1. PURPOSE OF STIPULATION

The Parties acknowledge that on March 24, 2014 Defendants Paul Hyppolite and BHC Sierra Vista Hospital ("Designating Defendants") notified Plaintiff and counsel for all other parties in this action of inadvertently disclosed and produced writings/documents[1] in discovery.

Said writings/documents are Protected Material, and are subject to protections of The Health Insurance Portability and Accountability Act of 1996 (HIPAA) - particularly Title II,[2] defining policies, procedures and guidelines for maintaining the privacy and security of individually identifiable health information and to the protections of California Evidence Code Section 1157 privilege (Proceedings and Records of Certain Health Care Professional Review committees).

The Protected Material inadvertently disclosed by Designating Defendants Hyppolite and BHC Sierra Vista Hospital, as set forth below in Section 2 constitute private and privileged information pertaining to Paul Hyppolite - Case Worker and Employee of BHC Sierra Vista Hospital, and to Dr. Abdul Qadir - Independent Contractor and treating psychiatrist at BHC Sierra Vista Hospital.

---

[1] "Writings" as defined by California Evidence Code Section 250.

[2] Covered entities within the meaning of Title II include health care providers that transmit health care data in a way that is regulated by HIPAA and has been extended by the DHHS rule to independent contractors of covered entities who fit within the definition of "business associates."

The Designating Defendants requested Plaintiff and counsel for all other parties to immediately return or confirm destruction of the subject privileged/protected covered records including all copies of same. All parties have agreed to do so except Plaintiff, which necessitated Designating Defendants to file a Motion to Compel seeking the issuance of an Order compelling Plaintiff to identify, agree to non use and return and/or confirm destruction of the subject documents.

This Stipulation is entered into as a result of the agreement by Plaintiff to comply with Designating Defendants' request.

### 2. IDENTIFICATION OF THE INADVERTENTLY DISCLOSED PROTECTED AND PRIVILEGED WRITINGS

The writings/documents that are Protected Material, and subject to protections of The Health Insurance Portability and Accountability Act of 1996 (HIPAA) - particularly Title II, defining policies, procedures and guidelines for maintaining the privacy and security of individually identifiable health information and to the protections of California Evidence Code Section 1157 privilege(Proceedings and Records of Certain Health Care Professional Review committees) are identified in the Designating Defendants' inadvertent production as follows:

1. Batestamps SVH00429 through SVH00529 inclusive (Personnel file of Dr. Abdul Qadir and Peer Review documents;
2. Batestamps HYPPOLITE000006-9 (Univ. of Phoenix Official Academic Transcript); HYPPOLITE000052-63 (Performance Evaluation Social Worker);
3. Batestamps HYPPOLITE000065-70 (Sierra Vista Hospital Performance Evaluation Case Manager);
4. Batestamps HYPPOLITE000073 (Employee Withholding Allowance Certificate);
5. Batestamps HYPPOLITE000074-000080 (Background Check);
6. BatestampsHYPPOLITE000096 (Employee Updated Information Sheet)

The above-referenced writings, items 1 through 6, were inadvertently produced in Batestamped numbers referenced above and they were also produced in non-Batestamped format. This Stipulation applies to both Batestamped and non-Batestamped writings.

Plaintiff hereby stipulates and agrees that all originals and all copies of the writings referenced above, whether batestamped or not, shall be located and identified to the Designating Defendants as having been isolated and destroyed or, alternatively, all of such writings shall be returned to Designating Defendants.

**3.   SCOPE**

The protections conferred by this Stipulation and Order cover not only Protected Material (as defined above in paragraph 2), but also (1) any information (writings) copied or extracted from said Material; (2) all copies, excerpts, summaries, or compilations of said Protected Material (writings); and (3) any testimony, conversations, or presentations by Plaintiff with her husband, Lon Frank, and any conversations, or presentations by Plaintiff to any attorney such Protected Material (writings), whether or not Plaintiff or her husband is represented by an attorney. Plaintiff understands that pursuant to this Stipulation she is to retrieve any and all such writings whether Batestamped or not, and Plaintiff understands she is to confirm retrieval and return such writings to Designating Defendants or, alternatively, confirm the destruction of said writings. Plaintiff has indicated she prefers to destroy said Protected Material (writings).

**4.   DURATION**

Even after final disposition of this litigation, the confidentiality obligations imposed by this Order shall remain in effect.

**5.   PLAINTIFF'S AFFIRMATIVE AGREEMENT TO BE BOUND BY THE TERMS OF THIS STIPULATION**

Plaintiff expressly agrees to date, sign and return to Designating Defendants the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A.

**6.   DESIGNATING DEFENDANTS WITHDRAWAL OF MOTION TO COMPEL**

Once Plaintiff dates, signs and returns to Designating Defendants the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A, Designating Defendants will withdraw their pending Motion to Compel. Designating Defendants shall present the executed Exhibit A to the Court with this Stipulation and Proposed Order.

**IT IS SO STIPULATED.**

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

DATED: _____5/14/14_____        _____/s/ Lenore C. Kelly_____
Genese K. Dopson
Lenore C. Kelly
Attorneys for Defendants
BHC SIERRA VISTA HOSPITAL and
PAUL HYPPOLITE


DATED: _____5/12/14_____        _____/s/ Minny Frank_____
Plaintiff Pro Per


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: May 22, 2014        _____
United States District Judge

---

5
STIPULATION AND [PROPOSED] ORDER RE: IDENTIFICATION, NON USE AND RETURN AND/OR CONFIRMED DESTRUCTION OF DOCUMENTS SUBJECT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ("HIPAA") PROTECTIONS AND PRIVILEGED UNDER CALIFORNIA EVIDENCE CODE SECTION 1157
Case No.: C13-00089 MMC
1208535v.1

## EXHIBIT A

### Acknowledgment and Agreement to Be Bound

I, Minny Frank, Plaintiff herein, stipulate, acknowledge and agree to be bound as follows:

The inadvertently produced writings/documents that are Protected Material, and subject to protections of The Health Insurance Portability and Accountability Act of 1996 (HIPAA) - particularly Title II, defining policies, procedures and guidelines for maintaining the privacy and security of individually identifiable health information and to the protections of California Evidence Code Section 1157 privilege (Proceedings and Records of Certain Health Care Professional Review committees) are identified in the Designating Defendants' production as:

1. Batestamps SVH00429 through SVH00529 inclusive (Personnel file of Dr. Abdul Qadir and Peer Review documents;

2. Batestamps HYPPOLITE000006-9 (Univ. of Phoenix Official Academic Transcript); HYPPOLITE000052-63 (Performance Evaluation Social Worker);

3. Batestamps HYPPOLITE000065-70 (Sierra Vista Hospital Performance Evaluation Case Manager);

4. Batestamps HYPPOLITE000073 (Employee Withholding Allowance Certificate);

5. Batestamps HYPPOLITE000074-000080 (Background Check);

6. BatestampsHYPPOLITE000096 (Employee Updated Information Sheet)

This Stipulation applies to both Batestamped and non-Batestamped originals and/or copies of said writings.

I hereby stipulate and agree under penalty of perjury that all originals and/or all copies of the writings referenced above are protected, privileged, whether batestamped or not, and said documents shall not be made public, that said documents have been located and identified, and I represent to the Designating Defendants that said documents have been isolated and destroyed.

Signed this 12 day, May, 2014, in Eugene, Oregon (City and State.)

_____
Minny Frank in pro per

STIPULATION AND [PROPOSED] ORDER RE: IDENTIFICATION, NON USE AND RETURN AND/OR CONFIRMED DESTRUCTION OF DOCUMENTS SUBJECT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ("HIPAA") PROTECTIONS AND PRIVILEGED UNDER CALIFORNIA EVIDENCE CODE SECTION 1157
Case No.: C13-00089 MMC
997657v.1A