GENESE K. DOPSON (SBN 108333)
Email: Genese.Dopson@WilsonElser.com
LENORE C. KELLY (SBN 170891)
Email: Lenore.Kelly@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendants
BHC SIERRA VISTA HOSPITAL and
PAUL HYPPOLITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK<br><br>        Plaintiff,<br><br>     v.<br><br>COUNTY OF HUMBOLDT, COUNTY OF HUMBOLDT DEPARTMENT OF HEALTH AND HUMAN SERVICES, JAMES BRAGG, CHRISTY REIHM, KATHERINE YOUNG, KERI SCHROCK, DAVID WILLIAMS, JENNIFER WILLIAMS, BHC SIERRA VISTA HOSPITAL, INC., PAUL HYPPOLITE, ROXANNE HALZCAK, ABDUL QADIR, M.D., individually and in their official capacities; DOES 2-50, inclusive,<br><br>        Defendants. | Case No.: C13-00089 MMC<br><br>STIPULATION AND [PROPOSED] ORDER RE:  IDENTIFICATION, NON USE AND RETURN AND/OR CONFIRMED DESTRUCTION OF DOCUMENTS SUBJECT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ("HIPAA") PROTECTIONS AND PRIVILEGED UNDER CALIFORNIA EVIDENCE CODE SECTION 1157 AND EXHIBIT A - C<br><br>Judge:  Maxine M. Chesney<br>Referred:  Magistrate Judge Elizabeth D. LaPorte<br><br>Action Filed: January 8, 2013<br>Trial Date:  October 6, 2014 |

WHEREAS, certain information that has been inadvertently disclosed during discovery in this action constitutes privileged private information or information of a sensitive nature that is not generally known or readily accessible to the general public and that may cause harm to one or more of the parties if such information is disclosed to the general public; and

WHEREAS, all parties to the action have agreed to return or destroy said sensitive information.

WHEREAS, on June 4, 2014, a Motion to Compel Plaintiff to return or to destroy said sensitive information is set for hearing.

WHEREAS, Defendant, County of Humboldt and all named County individuals and entities have agreed to enter into this Stipulation in lieu of filing a motion.

WHEREAS, Defendants, David Williams and Jennifer Williams have agreed to enter into this Stipulation in lieu of filing a motion.

WHEREAS, Defendant, Dr. Qadir has agreed to enter into this Stipulation in lieu of filing a motion.

The Parties, by and through their counsel of record, enter into this Stipulation.

## 1. PURPOSE OF STIPULATION

The Parties acknowledge that on March 24, 2014 Defendants Paul Hyppolite and BHC Sierra Vista Hospital ("Designating Defendants") notified Plaintiff and counsel for all other parties in this action of inadvertently disclosed and produced writings/documents[1] in discovery.

Said writings/documents are Protected Material, and are subject to protections of The Health Insurance Portability and Accountability Act of 1996 (HIPAA) - particularly Title II,[2] defining policies, procedures and guidelines for maintaining the privacy and security of individually identifiable health information and to the protections of California Evidence Code Section 1157 privilege (Proceedings and Records of Certain Health Care Professional Review committees).

The Protected Material inadvertently disclosed by Designating Defendants Hyppolite and BHC Sierra Vista Hospital, as set forth below in Section 2 constitute private and privileged

---

[1] "Writings" as defined by California Evidence Code Section 250.

[2] Covered entities within the meaning of Title II include health care providers that transmit health care data in a way that is regulated by HIPAA and has been extended by the DHHS rule to independent contractors of covered entities who fit within the definition of "business associates."

information pertaining to Paul Hyppolite - Case Worker and Employee of BHC Sierra Vista Hospital, and to Dr. Abdul Qadir - Independent Contractor and treating psychiatrist at BHC Sierra Vista Hospital.

The Designating Defendants requested Plaintiff and counsel for all other parties to immediately return or confirm destruction of the subject privileged/protected covered records including all copies of same. All parties have agreed to do so except Plaintiff, which necessitated Designating Defendants to file a Motion to Compel seeking the issuance of an Order compelling Plaintiff to identify, agree to non use and return and/or confirm destruction of the subject documents.

This Stipulation is entered into as a result of the agreement by Defendant County of Humboldt and all named County individuals and entities; Defendant Jennifer and David Williams; and Defendant Abdul Qadir, M.D., to comply with Designating Defendants' request.

## 2. IDENTIFICATION OF THE INADVERTENTLY DISCLOSED PROTECTED AND PRIVILEGED WRITINGS

The writings/documents that are Protected Material, and subject to protections of The Health Insurance Portability and Accountability Act of 1996 (HIPAA) - particularly Title II, defining policies, procedures and guidelines for maintaining the privacy and security of individually identifiable health information and to the protections of California Evidence Code Section 1157 privilege(Proceedings and Records of Certain Health Care Professional Review committees) are identified in the Designating Defendants' inadvertent production as follows:

1. Batestamps SVH00429 through SVH00529 inclusive (Personnel file of Dr. Abdul Qadir and Peer Review documents;

2. Batestamps HYPPOLITE000006-9 (Univ. of Phoenix Official Academic Transcript); HYPPOLITE000052-63 (Performance Evaluation Social Worker);

3. Batestamps HYPPOLITE000065-70 (Sierra Vista Hospital Performance Evaluation Case Manager);

4. Batestamps HYPPOLITE000073 (Employee Withholding Allowance Certificate);

5. Batestamps HYPPOLITE000074-000080 (Background Check);

6. BatestampsHYPPOLITE000096 (Employee Updated Information Sheet)

The above-referenced writings, items 1 through 6, were inadvertently produced in Batestamped numbers referenced above and they were also produced in non-Batestamped format. This Stipulation applies to both Batestamped and non-Batestamped writings.

Defendant County of Humboldt and all named County individuals and entities; Defendant Jennifer and David Williams; and Defendant Abdul Qadir, M.D., hereby stipulate and agree that all originals and all copies of the writings referenced above, whether batestamped or not, shall be located and identified to the Designating Defendants as having been isolated and destroyed or, alternatively, all of such writings shall be returned to Designating Defendants.

3. **SCOPE**

The protections conferred by this Stipulation and Order cover not only Protected Material (as defined above in paragraph 2), but also (1) any information (writings) copied or extracted from said Material; (2) all copies, excerpts, summaries, or compilations of said Protected Material (writings); and (3) any testimony, conversations, or presentations Defendants, and any conversations, or presentations by Defendants to any attorney such Protected Material (writings). Defendants understand that pursuant to this Stipulation they are to retrieve any and all such writings whether Batestamped or not, and Defendants understands they are to send back any disks to confirm retrieval and return such writings to Designating Defendants or, alternatively, confirm the destruction of said writings. Defendants have indicated they will send back the said Protected Material (writings).

4. **DURATION**

Even after final disposition of this litigation, the confidentiality obligations imposed by this Order shall remain in effect.

5. **PLAINTIFF'S AFFIRMATIVE AGREEMENT TO BE BOUND BY THE TERMS OF THIS STIPULATION**

Defendants County of Humboldt and all named County individuals and entities; Defendant Jennifer and David Williams; and Defendant Abdul Qadir, M.D., expressly agree to date, sign and

1 return to Designating Defendants the "Acknowledgment and Agreement to Be Bound" that is
2 attached hereto as Exhibit A-C.

3 **6.   DESIGNATING DEFENDANTS WITHDRAWAL OF MOTION TO COMPEL**

4 Once Defendants County of Humboldt and all named County individuals and entities;
5 Defendant Jennifer and David Williams; and Defendant Abdul Qadir, M.D., date, sign and return
6 to Designating Defendants the "Acknowledgment and Agreement to Be Bound" that is attached
7 hereto as Exhibit A-C, Designating Defendants will withdraw their pending Motion to Compel.
8 Designating Defendants shall present the executed Exhibit A-C to the Court with this Stipulation
9 and Proposed Order.

10 **IT IS SO STIPULATED.**

11 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

12 DATED: 5/9/14

13 _____
Genese K. Dopson
Lenore C. Kelly
14 Attorneys for Defendants
BHC SIERRA VISTA HOSPITAL and
15 PAUL HYPPOLITE

16 DATED: _____

17 _____
Nancy Delaney
Attorneys for Defendants
18 COUNTY OF HUMBOLDT and all named
County individuals and entities

19 DATED: 5/9/14       _Ann H. Larson_
20 Ann H. Larson
Attorneys for Defendant
21 ABDUL QADIR, M.D.

22 DATED: _____
23 DAVID WILLIAMS and
JENNIFER WILLIAMS
24 In Pro Per

25 ~~PURSUANT TO THE STIPULATION, IT IS SO ORDERED.~~

26
27 ~~DATED:~~ _____
~~United States District Judge~~

28
5
STIPULATION AND [PROPOSED] ORDER RE: IDENTIFICATION, NON USE AND RETURN AND/OR CONFIRMED
DESTRUCTION OF DOCUMENTS SUBJECT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ("HIPAA")
PROTECTIONS AND PRIVILEGED UNDER CALIFORNIA EVIDENCE CODE SECTION 1157
Case No.: C13-00089 MMC
1208539v.1

return to Designating Defendants the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A-C.

6. **DESIGNATING DEFENDANTS WITHDRAWAL OF MOTION TO COMPEL**

Once Defendants County of Humboldt and all named County individuals and entities; Defendant Jennifer and David Williams; and Defendant Abdul Qadir, M.D., date, sign and return to Designating Defendants the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A-C, Designating Defendants will withdraw their pending Motion to Compel. Designating Defendants shall present the executed Exhibit A-C to the Court with this Stipulation and Proposed Order.

**IT IS SO STIPULATED.**

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

DATED: _____

Genese K. Dopson
Lenore C. Kelly
Attorneys for Defendants
BHC SIERRA VISTA HOSPITAL and
PAUL HYPPOLITE

DATED: _____

Nancy Delaney
Attorneys for Defendants
COUNTY OF HUMBOLDT and all named
County individuals and entities

DATED: _____

Ann H. Larson
Attorneys for Defendant
ABDUL QADIR, M.D.

DATED: 5-19-14

/s/ David Williams
/s/ Jennifer Williams
DAVID WILLIAMS and
JENNIFER WILLIAMS
In Pro Per

~~PURSUANT TO THE STIPULATION, IT IS SO ORDERED.~~

~~DATED:~~ _____
~~United States District Judge~~

return to Designating Defendants the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A-C.

6. **DESIGNATING DEFENDANTS WITHDRAWAL OF MOTION TO COMPEL**

Once Defendants County of Humboldt and all named County individuals and entities; Defendant Jennifer and David Williams; and Defendant Abdul Qadir, M.D., date, sign and return to Designating Defendants the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A-C, Designating Defendants will withdraw their pending Motion to Compel. Designating Defendants shall present the executed Exhibit A-C to the Court with this Stipulation and Proposed Order.

**IT IS SO STIPULATED.**

DATED: 5/9/14

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Genese K. Dopson
Lenore C. Kelly
Attorneys for Defendants
BHC SIERRA VISTA HOSPITAL and
PAUL HYPPOLITE

DATED: 05/19/14

Nancy Delaney
Attorneys for Defendants
COUNTY OF HUMBOLDT and all named
County individuals and entities

DATED: _____

Ann H. Larson
Attorneys for Defendant
ABDUL QADIR, M.D.

DATED: _____

DAVID WILLIAMS and
JENNIFER WILLIAMS
In Pro Per

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: May 22, 2014

United States District Judge

5
STIPULATION AND [PROPOSED] ORDER RE: IDENTIFICATION, NON USE AND RETURN AND/OR CONFIRMED DESTRUCTION OF DOCUMENTS SUBJECT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ("HIPAA") PROTECTIONS AND PRIVILEGED UNDER CALIFORNIA EVIDENCE CODE SECTION 1157
Case No.: C13-00089 MMC
1208539v.1

# EXHIBIT A

## Acknowledgment and Agreement to Be Bound

Defendant Humboldt County and all named County individuals and entities herein, stipulate, acknowledge and agree to be bound as follows:

The inadvertently produced writings/documents that are Protected Material, and subject to protections of The Health Insurance Portability and Accountability Act of 1996 (HIPAA) - particularly Title II, defining policies, procedures and guidelines for maintaining the privacy and security of individually identifiable health information and to the protections of California Evidence Code Section 1157 privilege (Proceedings and Records of Certain Health Care Professional Review committees) are identified in the Designating Defendants' production as:

1. Batestamps SVH00429 through SVH00529 inclusive (Personnel file of Dr. Abdul Qadir and Peer Review documents;
2. Batestamps HYPPOLITE000006-9 (Univ. of Phoenix Official Academic Transcript); HYPPOLITE000052-63 (Performance Evaluation Social Worker);
3. Batestamps HYPPOLITE000065-70 (Sierra Vista Hospital Performance Evaluation Case Manager);
4. Batestamps  HYPPOLITE000073 (Employee Withholding Allowance Certificate);
5. Batestamps HYPPOLITE000074-000080 (Background Check);
6. BatestampsHYPPOLITE000096 (Employee Updated Information Sheet)

This Stipulation applies to both Batestamped and non-Batestamped originals and/or copies of said writings.

Defendant Humboldt County and all named County individuals and entities herein, hereby stipulate and agree under penalty of perjury that all originals and/or all copies of the writings referenced above are protected, privileged, whether batestamped or not, and said documents shall

not be made public, that said documents have been located and identified, and I represent to the Designating Defendants that said documents have been returned, isolated and destroyed.

Signed this 21st day, May, 2014, in _____, CA _____ (City and State.)

_____
Nancy Delaney
Attorneys for Defendants
COUNTY OF HUMBOLDT and all named
County individuals and entities

7
STIPULATION AND [PROPOSED] ORDER RE: IDENTIFICATION, NON USE AND RETURN AND/OR CONFIRMED DESTRUCTION OF DOCUMENTS SUBJECT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ("HIPAA") PROTECTIONS AND PRIVILEGED UNDER CALIFORNIA EVIDENCE CODE SECTION 1157
Case No.: C13-00089 MMC
1208539v.1

# EXHIBIT B

## Acknowledgment and Agreement to Be Bound

Defendant Abdul Qadir M.D., stipulates, acknowledges and agrees to be bound as follows:

The inadvertently produced writings/documents that are Protected Material, and subject to protections of The Health Insurance Portability and Accountability Act of 1996 (HIPAA) - particularly Title II, defining policies, procedures and guidelines for maintaining the privacy and security of individually identifiable health information and to the protections of California Evidence Code Section 1157 privilege (Proceedings and Records of Certain Health Care Professional Review committees) are identified in the Designating Defendants' production as:

1. Batestamps SVH00429 through SVH00529 inclusive (Personnel file of Dr. Abdul Qadir and Peer Review documents;

2. Batestamps HYPPOLITE000006-9 (Univ. of Phoenix Official Academic Transcript); HYPPOLITE000052-63 (Performance Evaluation Social Worker);

3. Batestamps HYPPOLITE000065-70 (Sierra Vista Hospital Performance Evaluation Case Manager);

4. Batestamps  HYPPOLITE000073 (Employee Withholding Allowance Certificate);

5. Batestamps HYPPOLITE000074-000080 (Background Check);

6. BatestampsHYPPOLITE000096 (Employee Updated Information Sheet)

This Stipulation applies to both Batestamped and non-Batestamped originals and/or copies of said writings.

Defendant Abdul Qadir M.D hereby stipulates and agrees under penalty of perjury that all originals and/or all copies of the writings referenced above are protected, privileged, whether batestamped or not, and said documents shall not be made public, that said documents have been

1 | located and identified, and I represent to the Designating Defendants that said documents have
2 | been returned, isolated and destroyed.

Signed this 9th day, May, 2014, in Walnut Creek, CA (City and State.)

_Ann H. Larson_
Ann H. Larson
Attorneys for Defendant
ABDUL QADIR, M.D.

9
STIPULATION AND [PROPOSED] ORDER RE: IDENTIFICATION, NON USE AND RETURN AND/OR CONFIRMED
DESTRUCTION OF DOCUMENTS SUBJECT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ("HIPAA")
PROTECTIONS AND PRIVILEGED UNDER CALIFORNIA EVIDENCE CODE SECTION 1157
Case No.: C13-00089 MMC
1208539v.1

# EXHIBIT C

## Acknowledgment and Agreement to Be Bound

Defendants Jennifer and David Williams stipulate, acknowledge and agree to be bound as follows:

The inadvertently produced writings/documents that are Protected Material, and subject to protections of The Health Insurance Portability and Accountability Act of 1996 (HIPAA) - particularly Title II, defining policies, procedures and guidelines for maintaining the privacy and security of individually identifiable health information and to the protections of California Evidence Code Section 1157 privilege (Proceedings and Records of Certain Health Care Professional Review committees) are identified in the Designating Defendants' production as:

1. Batestamps SVH00429 through SVH00529 inclusive (Personnel file of Dr. Abdul Qadir and Peer Review documents;
2. Batestamps HYPPOLITE000006-9 (Univ. of Phoenix Official Academic Transcript); HYPPOLITE000052-63 (Performance Evaluation Social Worker);
3. Batestamps HYPPOLITE000065-70 (Sierra Vista Hospital Performance Evaluation Case Manager);
4. Batestamps HYPPOLITE000073 (Employee Withholding Allowance Certificate);
5. Batestamps HYPPOLITE000074-000080 (Background Check);
6. BatestampsHYPPOLITE000096 (Employee Updated Information Sheet)

This Stipulation applies to both Batestamped and non-Batestamped originals and/or copies of said writings.

Defendants Jennifer and David Williams hereby stipulate and agree under penalty of perjury that all originals and/or all copies of the writings referenced above are protected, privileged, whether batestamped or not, and said documents shall not be made public, that said

1 | documents have been located and identified, and I represent to the Designating Defendants that
2 | said documents have been returned, isolated and destroyed.

4 | Signed this 19 day, May, 2014, in Overton, Nevada (City and State.)

*David Williams*
*Jennifer Williams*

DAVID WILLIAMS and
JENNIFER WILLIAMS
In Pro Per

11
STIPULATION AND [PROPOSED] ORDER RE: IDENTIFICATION, NON USE AND RETURN AND/OR CONFIRMED
DESTRUCTION OF DOCUMENTS SUBJECT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ("HIPAA")
PROTECTIONS AND PRIVILEGED UNDER CALIFORNIA EVIDENCE CODE SECTION 1157
Case No.: C13-00089 MMC
1208539v.1