1  Nancy K. Delaney, SBN 70617
   Nicholas R. Kloeppel, SBN 186165
2  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586
   E-mail:  ndelaney@mitchelllawfirm.com

6

7  Attorneys for Defendants
   COUNTY OF HUMBOLDT, COUNTY OF
   HUMBOLDT DEPARTMENT OF HEALTH AND
8  HUMAN SERVICES, JAMES BRAGG, CHRISTY
   REIHM, KATHERINE YOUNG, KERI SCHROCK
9  and ROXANNE HALCZAK

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  MINNY FRANK,                          CASE NO.:  C-13-0089 MMC

13            Plaintiff,                  [PROPOSED] ORDER GRANTING
                                          DEFENDANTS' ADMINISTRATIVE
14  vs.                                   MOTION TO FILE DOCUMENT UNDER
                                          SEAL
15  COUNTY OF HUMBOLDT, COUNTY OF
    HUMBOLDT DEPARTMENT OF HEALTH
16  AND HUMAN SERVICES, JAMES BRAGG,
    CHRISTY REIHM, KATHERINE YOUNG,
17  KERI SCHROCK, JERY SCARDINI, ASHA
    GEORGE, DAVID WILLIAMS, JENNIFER
18  WILLIAMS, BHC SIERRA VISTA
    HOSPITAL, PAUL HYPPOLITE, CHRIS
19  STARETS-FOOTE, DONNA WHEELER,
    ANGELA MONSON, SHELLEY NILSEN,
20  individually and in their official capacities;
    DOES 1-50, inclusive,
21
             Defendants.
22  _____

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

Based upon defendants' Administrative Motion to File Document Under Seal and the declaration filed in support of that motion pursuant to Civil Local Rule 79-5, and good cause appearing, defendants' Administrative Motion to File Document Under Seal is GRANTED.

The following documents shall be filed in the public record:

(1) Declaration of Nancy K. Delaney in Support of Opposition to Plaintiff's Motion for Partial Summary Judgment Against Defendants Katherine Young and Keri Schrock; and

(2) [Proposed] Order Denying Plaintiff's Motion for Partial Summary Judgment Against Defendants Katherine Young and Keri Schrock.

The following documents shall be filed under seal:

(1) Opposition to Plaintiff's Motion for Partial Summary Judgment Against Defendants Katherine Young and Keri Schrock.

IT IS SO ORDERED.


DATED:   July 17, 2014

U.S. District Court Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL