Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586
E-mail:  ndelaney@mitchelllawfirm.com

Attorneys for Defendants
COUNTY OF HUMBOLDT, COUNTY OF HUMBOLDT DEPARTMENT OF HEALTH AND HUMAN SERVICES, JAMES BRAGG, CHRISTY REIHM, KATHERINE YOUNG, KERI SCHROCK and ROXANNE HALCZAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT, COUNTY OF HUMBOLDT DEPARTMENT OF HEALTH AND HUMAN SERVICES, JAMES BRAGG, CHRISTY REIHM, KATHERINE YOUNG, KERI SCHROCK, JERY SCARDINI, ASHA GEORGE, DAVID WILLIAMS, JENNIFER WILLIAMS, BHC SIERRA VISTA HOSPITAL, PAUL HYPPOLITE, CHRIS STARETS-FOOTE, DONNA WHEELER, ANGELA MONSON, SHELLEY NILSEN, individually and in their official capacities; DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.:  C-13-0089 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL |

MITCHELL, BRISSO, DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL

1  Based upon defendants' Administrative Motion to File Document Under Seal and the
2  declaration filed in support of that motion pursuant to Civil Local Rule 79-5, and good cause
3  appearing, defendants' Administrative Motion to File Document Under Seal is GRANTED.
4  The following document shall be filed in the public record:
5  (1) [Proposed] Order Denying Plaintiff's Motion for Partial Summary Judgment Against
6      Defendants James Bragg and Roxanne Halczak.
7  The following documents shall be filed under seal:
8  (1) Opposition to Plaintiff's Motion for Partial Summary Judgment Against Defendants
9      James Bragg and Roxanne Halczak.
10  IT IS SO ORDERED.

12  DATED: June 17, 2014

                                      U.S. District Court Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL