```
 1  Nancy K. Delaney, SBN 70617
    Nicholas R. Kloeppel, SBN 186165
 2  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
    Attorneys at Law
 3  814 Seventh Street
    P. O. Drawer 1008
 4  Eureka, CA  95502
    Tel:  (707) 443-5643
 5  Fax: (707) 444-9586
    E-mail:  ndelaney@mitchelllawfirm.com
 6
    Attorneys for Defendants
 7  COUNTY OF HUMBOLDT, COUNTY OF
    HUMBOLDT DEPARTMENT OF HEALTH AND
 8  HUMAN SERVICES, JAMES BRAGG, CHRISTY
    REIHM, KATHERINE YOUNG, KERI SCHROCK
 9  and ROXANNE HALCZAK
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK, | CASE NO.:  C-13-0089 MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL |
| vs. | |
| COUNTY OF HUMBOLDT, COUNTY OF HUMBOLDT DEPARTMENT OF HEALTH AND HUMAN SERVICES, JAMES BRAGG, CHRISTY REIHM, KATHERINE YOUNG, KERI SCHROCK, JERY SCARDINI, ASHA GEORGE, DAVID WILLIAMS, JENNIFER WILLIAMS, BHC SIERRA VISTA HOSPITAL, PAUL HYPPOLITE, CHRIS STARETS-FOOTE, DONNA WHEELER, ANGELA MONSON, SHELLEY NILSEN, individually and in their official capacities; DOES 1-50, inclusive, | |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL

Based upon defendants' Administrative Motion to File Document Under Seal and the declaration filed in support of that motion pursuant to Civil Local Rule 79-5, and good cause appearing, defendants' Administrative Motion to File Document Under Seal is GRANTED.

The following documents shall be filed in the public record:

(1) Request for Judicial Notice in Support of Motion for Judgment as a Matter of Law;

(2) Declaration of Nancy K. Delaney in Support of Motion for Judgment as a Matter of Law;

(3) [Proposed] Order Granting Defendants' Motion for Judgment as a Matter of Law.

The following documents shall be filed under seal:

(1) Notice of Motion; Relief Requested; Memorandum of Points and Authorities In Support of Motion for Judgment as a Matter Law;

(2) Declaration of James Bragg and attached Exhibits filed in support of Defendants' Motion for Judgment as a Matter of Law;

(3) Declaration of Christy Reihm and attached Exhibit filed in support of Defendants' Motion for Judgment as a Matter of Law;

(4) Declaration of Katherine Young and attached Exhibit filed in support of Defendants' Motion for Judgment as a Matter of Law;

(5) Declaration of Roxanne Halczak and attached Exhibits filed in support of Defendants' Motion for Judgment as a Matter of Law;

(6) Declaration of Keri Schrock in support of Defendants' Motion for Judgment as a Matter of Law.

IT IS SO ORDERED.

DATED: June 17, 2014

U.S. District Court Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL