UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNY FRANK,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT, COUNTY OF HUMBOLDT DEPARTMENT OF HEALTH AND HUMAN SERVICES, JAMES BRAGG, CHRISTY REIHM, KATHERINE YOUNG, KERI SCHROCK, JERY SCARDINI, ASHA GEORGE, DAVID WILLIAMS, JENNIFER WILLIAMS, BHC SIERRA VISTA HOSPITAL, PAUL HYPPOLITE, CHRIS STARETS-FOOTE, DONNA WHEELER, ANGELA MONSON, SHELLEY NILSEN, individually and in their official capacities; DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: C-13-0089 MMC<br><br>[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION

1    Good cause appearing therefore, based upon the stipulation of the parties hereto
2 through counsel,
3    IT IS HEREBY ORDERED that the entire action is dismissed, with prejudice,
4 with all parties to bear their own costs and attorneys' fees.
5 DATED: June 20, 2014

HONORABLE MAXINE M. CHESNEY
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION